UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CENGAGE LEARNING, INC., *et al.*, | Case No. 13-44106 (ESS)<br>Case No. 13-44105 (ESS)<br>Case No. 13-44107 (ESS)<br>Case No. 13-44108 (ESS) |
| Debtors. | (Jointly Administered) |

### ORDER

Petitions for relief having been filed by the above-captioned Debtors on July 2, 2013, it is hereby

ORDERED, that the Debtors and its counsel, if any, appear at a status conference before the undersigned on **September 11, 2013** at **9:30 a.m.** in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201, for the purpose of determining an appropriate schedule for the proper administration of this case and considering other related matters, motions and applications; and it is further

ORDERED, that the Debtor shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period; and it is further

ORDERED, that unexcused failure to comply with the foregoing paragraphs of this Order may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112.

s/Elizabeth S. Stong<br>
ELIZABETH S. STONG<br>
UNITED STATES BANKRUPTCY JUDGE

Dated:   Brooklyn, New York
             August 12, 2013