Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Mark T. Power, Esq.
Alison M. Ladd, Esq.

*Attorneys for Manuel Guzman and Richard Foley*

**Hearing Date and Time: September 11, 2013 at 9:30 a.m.**
**Objection Deadline: September 4, 2013 at 4:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| CENGAGE LEARNING, INC., *et al.* | Case No. 13-44106 (ESS)<br>Case No. 13-44105 (ESS)<br>Case No. 13-44107 (ESS)<br>Case No. 13-44108 (ESS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF MOTION OF MANUEL GUZMAN AND RICHARD FOLEY SEEKING ENTRY OF AN ORDER DEEMING THEM NON-INSIDERS ENTITLED TO RECEIVE SEVERANCE BENEFITS PURSUANT TO THE FINAL SEVERANCE ORDER

PLEASE TAKE NOTICE that a hearing to consider the relief requested in the *Motion of Manuel Guzman and Richard Foley Seeking Entry of an Order Deeming them Non-Insiders Entitled to Receive Severance Benefits Pursuant to the Final Severance Order* (the "Motion") has been scheduled for **September 11, 2013 at 9:30 a.m. (Prevailing Eastern Time)** before the Honorable Elizabeth S. Stong, U.S. United States Bankruptcy Judge, at the Bankruptcy Court for the Eastern District of New York located at 271 Cadman Plaza East, Courtroom 3585, Brooklyn, NY 11201.

PLEASE TAKE FURTHER NOTICE that any objections or responses to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Eastern District of New York and shall be filed with the

Court electronically by registered users of the Court's case filing system and by all other parties in interest, on a 3.5 inch floppy disk, compact disc or flash drive (preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format) with a hard copy delivered directly to the chambers of the Honorable Elizabeth S. Stong and shall be served **so as to be actually received by no later than September 4, 2013 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline") by the following parties: (a) the United States Trustee for Region 2; (b) Debtors' counsel; (c) the counsel to the Committee; (d) counsel to the agent under the Debtors' prepetition senior secured credit facility; (e) the indenture trustees under the Debtors' prepetition secured first lien notes, secured second lien notes, senior unsecured notes, senior PIK notes, and senior subordinated discount notes; (f) counsel to the ad hoc group of holders of certain first lien claims; (g) the United States Attorney for the Eastern District of New York; (h) the Internal Revenue Service; and (i) any parties entitled to receive notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, Counsel respectfully submits that no further notice is necessary.

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

Dated: August 27, 2013
Brooklyn, New York

Respectfully submitted,

**HAHN & HESSEN LLP**

By: *_/s/ Mark T. Power_*
A Member of the Firm

488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Mark T. Power, Esq.
mpower@hahnhessen.com
Alison M. Ladd, Esq.
aladd@hahnhessen.com

*Attorneys for Manuel Guzman and Richard Foley*