Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Mark T. Power, Esq.
Alison M. Ladd, Esq.

*Attorneys for Manuel Guzman and Richard Foley*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- x
In re                                                                     :   Chapter 11
                                                                          :
                                                                          :   Case No. 13-44106 (ESS)
CENGAGE LEARNING, INC., *et al.*                                          :   Case No. 13-44105 (ESS)
                                                                          :   Case No. 13-44107 (ESS)
                                                                          :   Case No. 13-44108 (ESS)
                            Debtors.                                      :
                                                                          :   (Jointly Administered)
------------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     :
                      : ss.:
COUNTY OF NEW YORK    :

I, Kyle M. Primm, being sworn, say:

1.      I am not a party of the action, am over 18 years of age and am employed by Hahn & Hessen LLP, counsel for Manuel Guzman and Richard Foley, at whose direction service was made.

2.      On August 27, 2013, I served true copies of the *Motion Of Manuel Guzman And Richard Foley Seeking Entry Of An Order Deeming Them Non-Insiders Entitled To Receive Severance Benefits Pursuant To The Final Severance Order* [Doc. No. 338] by Electronic Mail on all parties listed on Exhibit A and by First Class Mail on all parties listed on Exhibit B.

3.  On August 28, 2013 I served true copies of the *Motion Of Manuel Guzman And Richard Foley Seeking Entry Of An Order Deeming Them Non-Insiders Entitled To Receive Severance Benefits Pursuant To The Final Severance Order* [Doc. No. 338] by Hand Delivery on all parties listed on Exhibit C.

4.  I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

/s/ Kyle M. Primm
Kyle M. Primm

Sworn to before me on this
28th day of August, 2013

/s/ Marie L. Curry
*Notary Public*

**Marie L. Curry**
**Notary Public, State of ne York**
**No. 01CU6194847**
**Qualified in Queens County**
**Commission Expires October 14, 2016**

# **EXHIBIT A**

| Name1 | Name2 | Name3 | Address1 | Address2 | City | State | Zip | Country | Email | PartyDescription |
|---|---|---|---|---|---|---|---|---|---|---|
| TENNESSEE DEPARTMENT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE | BANKRUPTCY DIVISION | P.O. BOX 20207 | | NASHVILLE | TN | 37202-0207 | | AGBANKNEWYORK@AG.TN.GOV | |
| THE NATIONAL GEOGRAPHIC SOCIETY | ATTN: ANGELO GRIMA | | 1145 17TH STREET N.W. | | WASHINGTON | DC | 20036-4688 | | AGRIMA@NGS.ORG | |
| BRADLEY ARANT BOULT CUMMINGS LLP | AUSTIN L. MCMULLEN | | 1600 DIVISION STREET, SUITE 700 | P.O. BOX 340025 | NASHVILLE | TN | 37203 | | AMCMULLEN@BABC.COM | COUNSEL FOR EPAC TECHNOLOGIES, INC. |
| ARENT FOX LLP | ANDREW I. SILFEN | | 1675 BROADWAY | | NEW YORK | NY | 10019 | | ANDREW.SILFEN@ARENTFOX.COM | PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| JONES DAY | BRUCE S. BENNETT | | 555 SOUTH FLOWER STREET | FIFTIETH FLOOR | LOS ANGELES | CA | 90071 | | BBENNETT@JONESDAY.COM | COUNSEL TO AFFILIATES OF CENTERBRIDGE PARTNERS, L.P. |
| KATTEN MUCHIN ROSENMAN LLP | BERTRAND J. CHOE, ESQ. | | 575 MADISON AVENUE | | NEW YORK | NY | 10022-2585 | | BERTRAND.CHOE@KATTENLAW.COM | COUNSEL FOR THE BANK OF NEW YORK MELLON |
| ARENT FOX LLP | BETH BROWNSTEIN | | 1675 BROADWAY | | NEW YORK | NY | 10019 | | BETH.BROWNSTEIN@ARENTFOX.COM | PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| MOSS & BARNETT, P.A. | ATTN: CASS S. WEIL, ESQ. | | 4800 WELLS FARGO CENTER | 90 SOUTH SEVENTH STREET | MINNEAPOLIS | MN | 55402-4129 | | CASS.WEIL@LAWMOSS.COM | COUNSEL FOR THOMSON REUTERS (TAX AND ACCOUNTING), INC.; THOMSON REUTERS, INC. AND WEST PUBLISHING CORPORATION |
| DAVIS POLK & WARDWELL LLP | ELLIOT MOSKOWITZ | | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | CENGAGE.ROUTING@DAVISPOLK.COM | COUNSEL FOR JPMORGAN CHASE BANK, N.A. |
| DAVIS POLK & WARDWELL LLP | BRIAN M. RESNICK | | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | CENGAGE.ROUTING@DAVISPOLK.COM | COUNSEL FOR JPMORGAN CHASE BANK, N.A. |
| DAVIS POLK & WARDWELL LLP | ERIC L. RUIZ | | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | CENGAGE.ROUTING@DAVISPOLK.COM | COUNSEL FOR JPMORGAN CHASE BANK, N.A. |
| CURTIS MALLET-PREVOST ET AL. | ATTN: CINDI M. GIGLIO, ESQ. | | 101 PARK AVENUE | | NEW YORK | NY | 10178-0061 | | CGIGLIO@CURTIS.COM | COUNSEL FOR LAZARD FRÈRES & CO. LLC |
| KIRKLAND & ELLIS LLP | CHRISTOPHER MARCUS | | 601 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | | CHRISTOPHER.MARCUS@KIRKLAND.COM | DEBTORS COUNSEL |
| GRAYDON HEAD & RITCHEY LLP | CARA R. HURAK | | 1900 FIFTH THIRD CENTER | 511 WALNUT STREET | CINCINNATI | OH | 45202-3157 | | CHURAK@GRAYDON.COM | COUNSEL FOR LARSON TEXTS INC. |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: CRAIG A. BARBAROSH | RE : CENGAGE - FIRST LIEN NOTES | 650 TOWN CENTER DRIVE | SUITE 700 | COSTA MESA | CA | 92626-7122 | | CRAIG.BARBAROSH@KATTENLAW.COM | COUNSEL - FIRST LIEN NOTES, THE BANK OF NEW YORK MELLON |
| OFFICE OF ATTORNEY GENERAL | ATTN: CHRISTOPHER R. MOMJIAN | SENIOR DEPUTY ATTORNEY GENERAL | 21 S. 12TH ST., 3RD FL. | | PHILADELPHIA | PA | 19107-3603 | | CRMOMJIAN@ATTORNEYGENERAL.GOV | COUNSEL FOR THE COMMONWEALTH OF PENNSYLVANIA, DEPT. OF REVENUE, BUREAU OF ACCOUNTS SETTLEMENT |
| LINEBARGER GOGGAN BLAIR | ATTN: ELIZABETH WELLER | | 2323 BRYAN STREET, STE. 1600 | | DALLAS | TX | 75201 | | DALLAS.BANKRUPTCY@PUBLICANS.COM | COUNSEL FOR DALLAS COUNTY, TARRANT COUNTY, CITY OF COPPELL, AND COPPELL ISD |
| DAVIS POLK & WARDWELL | ATTN: DAMIAN SCHAIBLE | | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | DAMIAN.SCHAIBLE@DAVISPOLK.COM | COUNSEL - SECURED CREDIT FACILITY, JPMORGAN CHASE BANK, N.A. |
| DAVIS POLK & WARDWELL | ATTN: DARREN S. KLEIN | | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | DARREN.KLEIN@DAVISPOLK.COM | COUNSEL - SECURED CREDIT FACILITY |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DAVID CRICHLOW | | 575 MADISON AVENUE | | NEW YORK | NY | 10022 | | DAVID.CRICHLOW@KATTENLAW.COM | COUNSEL - FIRST LIEN NOTES, ANK OF NEW YORK MELLON |
| LOEB & LOEB LLP | DANIEL B. BESIKOF, ESQ. | | 345 PARK AVENUE | | NEW YORK | NY | 10154 | | DBESIKOF@LOEB.COM | COUNSEL FOR WELLS FARGO BANK, NATIONAL ASSOCIATION |
| COVINGTON & BURLING LLP | ATTN: DIANNE F. COFFINO | | THE NEW YORK TIMES BUILDING | 620 EIGHTH AVENUE | NEW YORK | NY | 10018 | | DCOFFINO@COV.COM | COUNSEL FOR NATIONAL GEOGRAPHIC SOCIETY |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE | RE : CENGAGE - FIRST LIEN NOTES | 1 CHASE MANHATTAN PLAZA | | NEW YORK | NY | 10005 | | DDUNNE@MILBANK.COM | COUNSEL - AD HOC COMMITTEE OF FIRST LIEN LENDERS |
| DAVIS POLK & WARDWELL | ATTN: DONALD BERNSTEIN | | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | DONALD.BERNSTEIN@DAVISPOLK.COM | COUNSEL - SECURED CREDIT FACILITY. JPMORGAN CHASE BANK, N.A. |
| GOULSTON & STORRS, P.C. | DOUGLAS B. ROSNER, ESQ. | | 400 ATLANTIC AVENUE | | BOSTON | MA | 02110-3333 | | DROSNER@GOULSTONSTORRS.COM | COUNSEL FOR BCSP 10/20 CHANNEL CENTER PROPERTY LLC |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: STEVEN A. GINTHER | BANKRUPTCY UNIT | P.O. BOX 475 | | JEFFERSON CITY | MO | 65105-0475 | | EDNYECF@DOR.MO.GOV | COUNSEL FOR THE DEPARTMENT OF REVENUE |
| SIMPSON THACHER & BARTLETT LLP | ELISHA D. GRAFF, ESQ. | | 425 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | EGRAFF@STBLAW.COM | COUNSEL FOR APAX PARTNERS, L.P. AND CERTAIN AFFILIATES |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: GREGORY BRAY | | 601 SOUTH FIGUEROA STREET | 30TH FLOOR | LOS ANGELES | CA | 90017 | | GBRAY@MILBANK.COM | COUNSEL - AD HOC COMMITTEE OF FIRST LIEN LENDERS |
| DUANE MORRIS LLP | ATTN: GIA G. INCARDONE, ESQ. | | 1540 BROADWAY | | NEW YORK | NY | 10036 | | GGINCARDONE@DUANEMORRIS.COM | COUNSEL FOR ARVATO DIGITAL SERVICES LLC |
| WHITE AND WILLIAMS LLP | JOSEPH G. GIBBONS | | 1650 MARKET STREET | | PHILADELPHIA | PA | 19102 | | GIBBONSJ@WHITEANDWILLIAMS.COM | COUNSEL FOR ACE AMERICAN INSURANCE COMPANY, WESTCHESTER FIRE INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OR COMPANIES |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | JOHN P. DILLMAN | | P.O. BOX 3064 | | HOUSTON | TX | 77253-3064 | | HOUSTON_BANKRUPTCY@LGBS.COM | COUNSEL FOR TAXING AUTHORITIES |
| AKIN GUMP STRAUSS HAUER & FELD LLP | IRA S. DIZENGOFF | | ONE BRYANT PARK | | NEW YORK | NY | 10036 | | IDIZENGOFF@AKINGUMP.COM | SPECIAL COUNSEL TO THE SECOND LIEN NOTES TRUSTEE |
| KIRKLAND & ELLIS LLP | JAMES H.M. SPRAYREGEN | | 300 NORTH LASALLE | | CHICAGO | IL | 60654 | | JAMES.SPRAYREGEN@KIRKLAND.COM | DEBTORS COUNSEL |
| GOULSTON & STORRS, P.C. | JONATHAN A. GRIPPO, ESQ. | | 400 ATLANTIC AVENUE | | BOSTON | MA | 02110-3333 | | JGRIPPO@GOULSTONSTORRS.COM | COUNSEL FOR BCSP 10/20 CHANNEL CENTER PROPERTY LLC |
| MOSS & BARNETT, P.A. | ATTN: JOHN K. ROSSMAN, ESQ. | | 4800 WELLS FARGO CENTER | 90 SOUTH SEVENTH STREET | MINNEAPOLIS | MN | 55402-4129 | | JOHN.ROSSMAN@LAWMOSS.COM | COUNSEL FOR THOMSON REUTERS (TAX AND ACCOUNTING), INC.; THOMSON REUTERS, INC. AND WEST PUBLISHING CORPORATION |
| KIRKLAND & ELLIS LLP | JONATHAN S. HENES | | 601 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | | JONATHAN.HENES@KIRKLAND.COM | DEBTORS COUNSEL |
| ARENT FOX LLP | JORDANA L. RENERT | | 1675 BROADWAY | | NEW YORK | NY | 10019 | | JORDANA.RENERT@ARENTFOX.COM | PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| THE ROYAL BANK OF SCOTLAND PLC | JOSEPH SILEO, SR. VICE PRESIDENT | GLOBAL RESTRUCTURING GROUP | 600 WASHINGTON BLVD. | | STAMFORD | CT | 06901 | | JOSEPH.SILEO@RBS.COM | CREDITOR |
| SIMPSON THACHER & BARTLETT LLP | JAYANT D. RAO, ESQ. | | 425 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | JRAO@STBLAW.COM | COUNSEL FOR APAX PARTNERS, L.P. AND CERTAIN AFFILIATES |
| DUANE MORRIS LLP | ATTN: JAMES J. VINCEQUERRA, ESQ. | | 1540 BROADWAY | | NEW YORK | NY | 10036 | | JVINCEQUERRA@DUANEMORRIS.COM | COUNSEL FOR ARVATO DIGITAL SERVICES LLC |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KAREN DINE | | 575 MADISON AVENUE | | NEW YORK | NY | 10022-2585 | | KAREN.DINE@KATTENLAW.COM | COUNSEL - FIRST LIEN NOTES, ANK OF NEW YORK MELLON |
| KILPATRICK TOWNSEND & STOCKTON LLP | KEITH M. BRANDOFINO, ESQ | | 1100 PEACHTREE STREET, NE | SUITE 2800 | ATLANTA | GA | 30309-4530 | | KBRANDOFINO@KILPATRICKTOWNSEND.COM | COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE |
| KARPELAW | ATTN: KAREL S. KARPE | | 44 WALL STREET | 12TH FLOOR | NEW YORK | NY | 10005 | | KKARPE@KARPELAW.COM | COUNSEL FOR UNITED PARCEL SERVICE INC., ACE AMERICAN INSURANCE COMPANY, WESTCHESTER FIRE INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OR COMPANIES |
| MCCANN ASSOCIATES HOLDINGS, LLC | KENNETH LAFIANDRA, ESQ. | GENERAL COUNSEL | 6805 ROUTE 202 | | NEW HOPE | PA | 18938 | | KLAFIANDRA@VANTAGE.COM | COUNSEL FOR MCCANN ASSOCIATES HOLDINGS, LLC D/B/A MCCANN ASSOCIATES, LLC |
| BIALSON, BERGEN & SCHWAB | ATTN: KENNETH T. LAW | | 2600 EL CAMINO REAL | SUITE 300 | PALO ALTO | CA | 94306 | | KLAW@BBSLAW.COM | COUNSEL FOR UNITED PARCEL SERVICE INC. |
| CHASE PAYMENTECH, LLC | ATTN: LAZONIA CLARK | BUSINESS ANALYST | 14221 DALLAS PKWY. | BLDG. II | DALLAS | TX | 75254 | | LAZONIA.CLARK@CHASEPAYMENTECH.COM | |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: LAUREN DOYLE | | ONE CHASE MANHATTAN PLAZA | | NEW YORK | NY | 10005 | | LDOYLE@MILBANK.COM | COUNSEL - AD HOC COMMITTEE OF FIRST LIEN LENDERS |
| ARENT FOX LLP | LEAH M. EISENBERG | | 1675 BROADWAY | | NEW YORK | NY | 10019 | | LEAH.EISENBERG@ARENTFOX.COM | PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| TW TELECOM INC. | LINDA BOYLE | | 10475 PARK MEADOWS DRIVE | #400 | LITTLETON | CO | 80124 | | LINDA.BOYLE@TWTELECOM.COM | REPRESENTING TW TELECOM |

| Name1 | Name2 | Name3 | Address1 | Address2 | City | State | Zip | Country | Email | PartyDescription |
|---|---|---|---|---|---|---|---|---|---|---|
| JONES DAY | ATTN: LISA LAUKITIS | | 222 EAST 41ST STREET | | NEW YORK | NY | 10017 | | LLAUKITIS@JONESDAY.COM | COUNSEL TO AFFILIATES OF CENTERBRIDGE PARTNERS, L.P. |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | LAURA D. METZGER, ESQ. | | 51 WEST 52ND STREET | | NEW YORK | NY | 10019-6142 | | LMETZGER@ORRICK.COM | COUNSEL FOR THE ROYAL BANK OF SCOTLAND PLC |
| ROPES & GRAY LLP | ATTN: MARK SOMERSTEIN | RE: CENGAGE - SECOND LIEN NOTES | 1211 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | | MARK.SOMERSTEIN@ROPESGRAY.COM | COUNSEL - SECOND LIEN NOTES, CSC TRUST COMPANY OF DELAWARE, AS TRUSTEE |
| BANK OF OKLAHOMA | ATTN: MARY P. CAMPBELL | | ONE WILLIAMS CENTER | | TULSA | OK | 74172 | | MCampbell@bokf.com | AS ADMIN AGENT: SENIOR SUBORDINATED DISCOUNT NOTES |
| COVINGTON & BURLING LLP | MICHAEL B. HOPKINS | | THE NEW YORK TIMES BUILDING | 620 EIGHTH AVENUE | NEW YORK | NY | 10018 | | MHOPKINS@COV.COM | COUNSEL FOR NATIONAL GEOGRAPHIC SOCIETY |
| MOSS & BARNETT, P.A. | ATTN: MICHAEL T. ETMUND, ESQ. | | 4800 WELLS FARGO CENTER | 90 SOUTH SEVENTH STREET | MINNEAPOLIS | MN | 55402-4129 | | MIKE.ETMUND@LAWMOSS.COM | COUNSEL FOR THOMSON REUTERS (TAX AND ACCOUNTING), INC.; THOMSON REUTERS, INC. AND WEST PUBLISHING CORPORATION |
| AKIN GUMP STRAUSS HAUER & FELD LLP | PHILIP C. DUBLIN | | ONE BRYANT PARK | | NEW YORK | NY | 10036 | | PDUBLIN@AKINGUMP.COM | SPECIAL COUNSEL TO THE SECOND LIEN NOTES TRUSTEE |
| SIMPSON THACHER & BARTLETT LLP | PETER V. PANTALEO, ESQ. | | 425 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | PPANTALEO@STBLAW.COM | COUNSEL FOR APAX PARTNERS, L.P. AND CERTAIN AFFILIATES |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | RANIERO D'AVERSA, JR., ESQ. | | 51 WEST 52ND STREET | | NEW YORK | NY | 10019-6142 | | RDAVERSA@ORRICK.COM | COUNSEL FOR THE ROYAL BANK OF SCOTLAND PLC |
| BRADLEY ARANT BOULT CUMMINGS LLP | ROGER G. JONES | | 1600 DIVISION STREET, SUITE 700 | P.O. BOX 340025 | NASHVILLE | TN | 37203 | | RJONES@BABC.COM | COUNSEL FOR EPAC TECHNOLOGIES, INC. |
| ARENT FOX LLP | ROBERT M. HIRSH | | 1675 BROADWAY | | NEW YORK | NY | 10019 | | ROBERT.HIRSH@ARENTFOX.COM | PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| KIRKLAND & ELLIS LLP | ROSS M. KWASTENIET | | 300 NORTH LASALLE | | CHICAGO | IL | 60654 | | ROSS.KWASTENIET@KIRKLAND.COM | DEBTORS COUNSEL |
| KAUFMAN BORGEEST & RYAN LLP | ATTN: SERGIO ALVES | | 200 SUMMIT LAKE DRIVE | | VALHALLA | NY | 10595 | | SALVES@KBRLAW.COM | COUNSEL FOR THOMSON REUTERS, INC.; WEST PUBLISHING CORPORATION, D/B/A WEST, A THOMSON REUTERS BUSINESS; AND THOMSON REUTERS (TAX AND ACCOUNTING), INC. (COLLECTIVELY, "THOMSON REUTERS") |
| CSC TRUST COMPANY | ATTN: SANDRA E. HORWITZ | | 2711 CENTERVILLE RD. | | WILMINGTON | DE | 19808-1645 | | sandra.horwitz@cscglobal.com | AS ADMIN AGENT : SECOND LIEN NOTES |
| BUCHALTER NEMER, PC | ATTN: SHAWN M. CHRISTIANSON, ESQ. | | 55 SECOND ST., 17TH FL. | | SAN FRANCISCO | CA | 94105-3493 | | SCHRISTIANSON@BUCHALTER.COM | COUNSEL FOR CREDITORS, ORACLE AMERICA, INC. AND ORACLE CREDIT CORPORATION |
| FREDERIC DOLWART LAWYERS | SAMUEL S. ORY | | OLD CITY HALL | 124 EAST FOURTH STREET | TULSA | OK | 74103 | | SORY@FDLAW.COM | COUNSEL TO INDENTURE TRUSTEE FOR THE SENIOR SUBORDINATED DISCOUNT NOTES - BANK OF OKLAHOMA |
| KILPATRICK TOWNSEND & STOCKTON LLP | SHANE G. RAMSEY, ESQ. | | 1100 PEACHTREE STREET, NE | SUITE 2800 | ATLANTA | GA | 30309-4530 | | SRAMSEY@KILPATRICKTOWNSEND.COM | COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE |
| CURTIS MALLET-PREVOST ET AL. | ATTN: STEVEN J. REISMAN, ESQ. | | 101 PARK AVENUE | | NEW YORK | NY | 10178-0061 | | SREISMAN@CURTIS.COM | COUNSEL FOR LAZARD FRÃˆRES & CO. LLC |
| KAUFMAN BORGEEST & RYAN LLP | ATTN: SCOTT A. SCHECHTER | | 200 SUMMIT LAKE DRIVE | | VALHALLA | NY | 10595 | | SSCHECHTER@KBRLAW.COM | COUNSEL FOR THOMSON REUTERS, INC.; WEST PUBLISHING CORPORATION, D/B/A WEST, A THOMSON REUTERS BUSINESS; AND THOMSON REUTERS (TAX AND ACCOUNTING), INC. (COLLECTIVELY, "THOMSON REUTERS") |
| GOULSTON & STORRS, P.C. | TIMOTHY J. CARTER, ESQ. | | 400 ATLANTIC AVENUE | | BOSTON | MA | 02110-3333 | | TCARTER@GOULSTONSTORRS.COM | COUNSEL FOR BCSP 10/20 CHANNEL CENTER PROPERTY LLC |
| KILPATRICK TOWNSEND | ATTN: TODD MEYERS | | 1110 PEACHTREE STREET, NE | SUITE 2800 | ATLANTA | GA | 30309 | | TMEYERS@KILPATRICKTOWNSEND.COM | COUNSEL TO THE INDENTURE TRUSTEE FOR THE UNSECURED NOTES, WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE |
| LOEB & LOEB LLP | WALTER H. CURCHACK, ESQ. | | 345 PARK AVENUE | | NEW YORK | NY | 10154 | | WCURCHACK@LOEB.COM | COUNSEL FOR WELLS FARGO BANK, NATIONAL ASSOCIATION |
| SIMPSON THACHER & BARTLETT LLP | WILLIAM T. RUSSELL, JR. | | 425 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | WRUSSELL@STBLAW.COM | COUNSEL FOR APAX PARTNERS, L.P. AND CERTAIN AFFILIATES |

**EXHIBIT B**

| **Name1** | **Name2** | **Name3** | **Address1** | **Address2** | **City** | **State** | **Zip** | **Country** | **Email** | **PartyDescription** |
|---|---|---|---|---|---|---|---|---|---|---|
| BANK OF NEW YORK MELLON | ATTN: MARY MISELIS | | 102 BARCLAY STREET, FLOOR 8W | | NEW YORK | NY | 10286 | | | AS ADMIN AGENT : FIRST LIEN NOTES |
| BANKRUPTCY ADMINISTRATION | GE CAPITAL INFORMATION TECHNOLOGY | SOULTIONS F/D/B/A IKON FINANCIAL SERVICES | 1738 BASS ROAD | P.O. BOX 13708 | MACON | GA | 31208-3708 | | | |
| BENNEIT MANAGMENT CORP. | ATTN: JOHN V. KOERBER | | 2 STAMFORD PLAZA, STE. 1501 | 281 TRESSER BLVD. | STAMFORD | CT | 06901 | | | COMMITTEE MEMBER |
| BOKF, NA D/B/A/ BANK OF OKLAHOMA | ATTN: CYNTHIA WILKINSON | | 1 WILLIAMS CENTER | | TULSA | OK | 74172 | | | COMMITTEE MEMBER |
| CALIFORNIA STATE BOARD OF EQUALIZATION | ACCOUNT INFORMATION GROUP, MIC:29 | | P.O. BOX 942879 | | SACRAMENTO | CA | 94279-0029 | | | GOVT. ENTITY |
| CARL S. WARREN | | | ADDRESS INTENTIONALLY OMITTED | | | | | | | TOP 30 UNSECURED CREDITOR; COMMITTEE MEMBER |
| CENTRAL NATIONAL-GOTTESMAN INC. | ATTN: PAUL T. BUTRYM | | 3 MANHATTANVILLE RD. | | PURCHASE | NY | 10577-2110 | | | COMMITTEE MEMBER |
| CITIBANK, N.A. | CONFIRMATIONS UNIT | | 388 GREENWICH STREET | 11TH FLOOR | NEW YORK | NY | 10013 | | | COUNTER PARTIES TO SECURED SWAP |
| GARY B. SHELLY | | | ADDRESS INTENTIONALLY OMITTED | | | | | | | TOP 30 UNSECURED CREDITOR; COMMITTEE MEMBER |
| GOLDMAN SACHS BANK USA | ATTN: JAMES T. GAVIN | | 200 WEST STREET | | NEW YORK | NY | 10282 | | | COUNTER PARTIES TO SECURED SWAP |
| IBM CORPORATION | ATTN: BANKRUPTCY COORDINATOR | | 275 VIGER EAST | | MONTREAL | QC | H2X 3R7 | CANADA | | |
| INTERNAL REVENUE SERVICE | | | 11601 ROOSEVELT BOULEVARD | P.O. BOX 21126 | PHILADELPHIA | PA | 19114 | | | GOVT. ENTITY |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS | | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | | GOVT. ENTITY |
| INTERNAL REVENUE SERVICE | MARIA I. VALERIO | INSOLVENCY GROUP 7 MGR. | 290 BROADWAY | 5TH FLOOR | NEW YORK | NY | 10007 | | | GOVT. ENTITY |
| JP MORGAN CHASE BANK, N.A. | ATTN: JOHN GETCHIUS | ADMIN AGENT FOR CENGAGE CREDIT AGREEMENT | 500 STANTON CHRISTINA RD. | 3/OPS2 | NEWARK | DE | 19713 | | | AGENT - SECURED CREDIT FACILITY |
| MICHIGAN DEPARTMENT OF TREASURY | TAX POLICY DIVISION | ATTN: LITIGATION LIAISON | 2ND FLOOR, AUSTIN BUILDING | 430 WEST ALLEGAN STREET | LANSING | MI | 48922 | | | GOVT. ENTITY |
| NYC DEPARTMENT OF FINANCE | OFFICE OF LEGAL AFFAIRS | (PARKING VIOLATION) | 345 ADAMS STREET | 3RD FLOOR | BROOKLYN | NY | 11201 | | | GOVT. ENTITY |
| NYC DEPT. OF FINANCE | ATTN: DEVORA COHN, LEGAL AFFAIRS | | 345 ADAMS STREET | 3RD FLOOR | BROOKLYN | NY | 11201 | | | GOVT. ENTITY |
| NYS DEPT. TAXATION & FINANCE | BANKRUPTCY/SPECIAL PROCEDURES SECTION | | P.O. BOX 5300 | | ALBANY | NY | 12205-0300 | | | GOVT. ENTITY |
| NYS DEPT. TAXATION & FINANCE | BANKRUPTCY UNIT - TCD | | BUILDING 8, ROOM 455 | W.A. HARRIMAN STATE CAMPUS | ALBANY | NY | 12227 | | | GOVT. ENTITY |
| RONALD ROWLAND, ESQ. | C/O RECEIVABLE MANAGEMENT SERVICES | AGENT FOR EMC CORPORATION | 307 INTERNATIONAL CIRCLE | STE 270 | HUNT VALLEY | MD | 21030 | | | AGENT FOR EMC CORPORATION |
| ROPES & GRAY LLP | ADAM J. GOLDSTEIN, ESQ. | | 1211 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | | | CSC TRUST COMPANY OF DELAWARE, AS TRUSTEE |
| RR DONNELLEY & SONS CO. | ATTN: DAN PEVONKA | | 4101 WINFIELD ROAD | | WARRENVILLE | IL | 60555 | | | COMMITTEE MEMBER |
| SECURITIES & EXCHANGE COMMISSION | JOHN MURRAY | NORTHEAST REGIONAL | 233 BROADWAY | | NEW YORK | NY | 10279 | | | GOVT. ENTITY |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | | 3 WORLD FINANCIAL CENTER | SUITE 400 | NEW YORK | NY | 10281 | | | GOVT. ENTITY |
| THE BOOKSOURCE | ATTN: MARK RYGELSKI | | 1230 MACKLIND AVE. | | ST. LOUIS | MO | 63110 | | | COMMITTEE MEMBER |
| THE ROYAL BANK OF SCOTLAND | GLOBAL BANKING & MARKETS | ATTN: LEGAL DEPARTMENT | 90-100 SOUTHWARK STREET | BANKSIDE 3, 3RD FLOOR | LONDON | | SE1 0SW | UNITED KINGDOM | | COUNTER PARTIES TO SECURED SWAP |
| U.S. DEPARTMENT OF EDUCATION | BANKRUPTCY LITIGATION SUPPORT | | 50 BEALE STREET | SUITE 8629 | SAN FRANCISCO | CA | 94105 | | | GOVT. ENTITY |
| U.S. DEPT. OF HEALTH & HUMAN SERVICES | OFFICE OF THE GENERAL COUNSEL | | 26 FEDERAL PLAZA | ROOM 3908 | NEW YORK | NY | 10278 | | | GOVT. ENTITY |
| U.S. DEPT. OF HOUSING & URBAN DEV. | OFFICE OF REGIONAL COUNSEL FOR NY/NJ | | 26 FEDERAL PLAZA | ROOM 3500 | NEW YORK | NY | 10278-0068 | | | GOVT. ENTITY |
| U.S. ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF THE REGIONAL COUNSEL | REG. 2 - NY/CARIBBEAN SUPERFUND BRANCH | ATTN: DOUGLAS FISCHER, ESQ. | 290 BROADWAY, 17TH FLOOR | NEW YORK | NY | 10007-1866 | | | GOVT. ENTITY |
| UBS AG, LONDON BRANCH | ATTN: MARINA POTOK | ATTN: JONATHAN MCTERNAN | 1 FINSBURY AVENUE | | LONDON | | EC2M 2PP | UNITED KINGDOM | | COUNTER PARTIES TO SECURED SWAP |
| UNITED STATES ATTORNEY'S OFFICE | EASTERN DISTRICT OF NEW YORK | ATTN: CIVIL DIV., BKRPTCY PROCESSING | 271 CADMAN PLAZA EAST | | BROOKLYN | NY | 11201-1820 | | | GOVT. ENTITY |
| WELLS FARGO | ATTN: RAYMOND DELLI COLLI | | 150 EAST 42ND STREET, 40TH FLOOR | | NEW YORK | NY | 10017 | | | AS ADMIN AGENT : SENIOR PIK NOTES |
| WELLS FARGO NA | ATTN: JAMES R. LEWIS | | 150 EAST 42ND STREET, 40TH FL. | | NEW YORK | NY | 10017 | | | COMMITTEE MEMBER |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JULIE BECKER | RE: CENGAGE - SENIOR UNSECURED NOTES | 50 SOUTH SIXTH STREET | SUITE 1290 | MINNEAPOLIS | MN | 55402 | | | AGENT - SENIOR UNSECURED NOTES; COMMITTEE MEMBER |

**EXHIBIT C**

Case 1-13-44106-ess    Doc 341    Filed 08/28/13    Entered 08/28/13 14:07:39

| Name1 | Name2 | Name3 | Address1 | Address2 | City | State | Zip | Country | Phone | Fax | Email | PartyDescription |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: SUSAN GOLDEN, ESQ. | | 201 VARICK STREET, SUITE 1006 | | NEW YORK | NY | 10014 | | | | | GOVT. ENTITY |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: WILLIAM CURTIN, ESQ. | | 271 CADMAN PLAZA EAST | SUITE 4529 | BROOKLYN | NY | 11201 | | (718) 422-4960 | (718) 422-4990 | | GOVT. ENTITY |