Jonathan S. Henes
Christopher Marcus
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

- and -

James H.M. Sprayregen
Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENGAGE LEARNING, INC., *et al.*, | ) | Case No. 13-44105 (ESS) |
| | ) | Case No. 13-44106 (ESS) |
| | ) | Case No. 13-44107 (ESS) |
| | ) | Case No. 13-44108 (ESS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF CONTINUED HEARING**

Date and Time of Hearing:    **September 3, 2013 at 12:00 p.m.**

Location of Hearing:    Honorable Elizabeth S. Stong
United States Bankruptcy Court for the Eastern District of New York
271 Cadman Plaza East, Courtroom 3585
Brooklyn, New York 11201-1800

**PLEASE TAKE NOTICE** that the *Motion of the Official Committee of Unsecured Creditors for an Order Terminating or, in the Alternative, Suspending the Debtors' Prepetition Investigation into Certain Conduct of Apax Partners, L.P. and Its Affiliates* [Docket No. 164] (the "*Committee Investigation Motion*") was presented to the Court at the hearings held on August 1, 2013, August 15, 2013, and August 20, 2013 and has been continued to the Hearing scheduled for **September 3, 2013 at 12:00 p.m. (prevailing Eastern Time)**, or at such other time as the Court may determine. The objection deadline for the Committee Investigation Motion has passed.

**PLEASE TAKE FURTHER NOTICE** that copies of these motions and applications included in this notice may be obtained free of charge by visiting the website of Debtors' notice and claims agent, Donlin, Recano & Company, Inc. at http://www.cengagecaseinfo.com or by calling Toll-Free: (800) 654-4134 and/or International Toll: (646) 378-4198. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nyeb.uscourts.gov/ in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Brooklyn, New York<br>Dated:  August 29, 2013 | */s/ Ross M. Kwasteniet*<br>Jonathan S. Henes<br>Christopher Marcus<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br><br>          - and -<br><br>James H.M. Sprayregen<br>Ross M. Kwasteniet (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br><br>*Counsel to the Debtors*<br>*and Debtors in Possession* |