**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF NEW YORK
_____ X

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 13-44106 (ESS) |
| CENGAGE LEARNING, INC., *et al.*, | Case No. 13-44105 (ESS) |
| | Case No. 13-44107 (ESS) |
| Debtors. | Case No. 13-44108 (ESS) |
| _____ X | (Jointly Administered) |

<u>NOTICE OF APPEARANCE AND DEMAND FOR</u>
<u>NOTICES AND SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that the Commissioner of the New York State Department of Taxation and Finance by Josh Russell, District Tax Attorney, hereby appears in the above-captioned case for the State of New York, Department of Taxation and Finance (the "Department"), a creditor of Cengage Learning, Inc., *et al*. and pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the Department demands that any and all notices given or required to be given in the above-captioned Chapter 11 case and all papers served or required to be served in the above-captioned Chapter 11 case be given to and served upon the undersigned at the offices, telephone and telecopier numbers set forth herein.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, e-mail or otherwise.

DATED:   September 16, 2013

                                  AMANDA HILLER
                                  Deputy Commissioner and Counsel

BY:   */s/ Josh Russell*
       Josh Russell, Esq.
       District Tax Attorney
       250 Veterans Memorial Highway
       Hauppauge, NY 11788
       (631) 595-4279

## **AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK)**
                                       **) ss.**
**COUNTY OF SUFFOLK)**

I, Josh Russell, being sworn, say: I am not a party to the action, am over 18 years of age and reside in Nassau County, New York. On September 16, 2013 I served the within Notice of Appearance by depositing a true copy thereof in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following persons at the last known address set forth after each name:

| | |
|---|---|
| United States Trustee | Cengage Learning, Inc. |
| Long Island Federal Courthouse | Debtor |
| 560 Federal Plaza – Room 560 | 200 First Stamford Place, 4th Floor |
| Central Islip, NY 11722 | Stamford, CT 06902 |
| | |
| Jonathan Henes, Esq. | Andrew I. Silfen, Esq. |
| Kirkland & Ellis LLP | Arent Fox LLP |
| Attorney for Debtor | Attorney for Unsecured Creditor Committee |
| 601 Lexington Avenue | 1675 Broadway |
| New York, New York 10022 | New York, New York 10019 |

                                                                        */s/ Josh Russell*
                                                                        JOSH RUSSELL

Sworn to before me this
16th day of September, 2013.

*/s/ Anitra Pavlico*
Notary Public, State of New York
No. 02PA6257649
Qualified in Nassau County
My Commission Expires on March 19, 2016