HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022
(212) 478-7200
(212) 478-7400 (Facsimile)
Mark T. Power, Esq.
Alison M. Ladd, Esq.

*Counsel for Manuel Guzman and Richard Foley*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------ | x | |
| | : | Chapter 11 |
| In re | : | |
| | : | Case No. 13-44106 (ESS) |
| CENGAGE LEARNING, INC., *et al.* | : | Case No. 13-44105 (ESS) |
| | : | Case No. 13-44107 (ESS) |
| | : | Case No. 13-44108 (ESS) |
| Debtors. | : | |
| | : | (Jointly Administered) |
| ------------------------------------------------------------------ | x | |

**NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF MOTION OF MANUEL GUZMAN AND RICHARD FOLEY SEEKING ENTRY OF AN ORDER DEEMING THEM NON-INSIDERS ENTITLED TO RECEIVE SEVERANCE BENEFITS PURSUANT TO THE FINAL SEVERANCE ORDER**

**PLEASE TAKE NOTICE** that Manuel Guzman and Richard Foley, by their undersigned counsel, hereby withdraw, without prejudice, their Objection Seeking Entry of an Order Deeming Them Non-Insiders Entitled to Receive Severance Benefits Pursuant to the Final Severance Order [D.I. 338].

Dated: September 26, 2013
Brooklyn, New York

Respectfully submitted,

**HAHN & HESSEN LLP**

*/s/ Mark T. Power*____________________________

Mark T. Power
Alison M. Ladd
488 Madison Avenue
New York, New York 10022
(212) 478-7200

*Counsel for Manuel Guzman and Richard Foley*