**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CENGAGE LEARNING, INC., *et al.*, | ) | Case No. 13-44106 (ESS) |
| | ) | Case No. 13-44105 (ESS) |
| | ) | Case No. 13-44107 (ESS) |
| | ) | Case No. 13-44108 (ESS) |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING FIRST INTERIM APPLICATION OF PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

Upon consideration of the first interim fee applications (the "***Applications***") for professional services rendered and expenses incurred during the period commencing July 2, 2013, through October 31, 2013;[1] and the Objection of the United States Trustee to the Applications; and a hearing having been held before this Court to consider the Applications on February 3, 2014; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

ORDERED, that the Applications are granted to the extent set forth in **Schedule A and Schedule B; and it is further**

ORDERED, that allowance and payment of fees or expenses not allowed on an interim basis pursuant to this Order, will be considered by the Court at a subsequent hearing;

[1] The applications filed by Moelis & Company, Edward H. Stanford, and IMS Expert Services requested allowance of interim compensation and reimbursement of expenses for the period July 2, 2013 through November 30, 2013.

ORDERED, that no payment of amounts held back pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Committee Member*] [Docket No. 285] shall be made without further order of the Court.

**Dated: Brooklyn, New York**
**February 3, 2014**

**Elizabeth S. Stong**
**United States Bankruptcy Judge**

**Schedule A**

## CURRENT INTERIM FEE PERIOD
## JULY 2, 2013, THROUGH OCTOBER 31, 2013[1]

| (1) APPLICANT | (2) DATE/DOCUMENT NO. OF APPLICATION | (3) INTERIM FEES REQUESTED ON APPLICATION | (5) FEES ALLOWED AND PAID FOR CURRENT FEE PERIOD[2] | (6) FEES TO BE PAID FOR PRIOR FEE PERIOD(S) (IF ANY) (I.E., HOLDBACK RELEASE) | (7) TOTAL FEES TO BE PAID | (8) INTERIM EXPENSES REQUESTED | (9) EXPENSES TO BE PAID FOR CURRENT FEE PERIOD[3] |
|---|---|---|---|---|---|---|---|
| **Debtors' Professionals** | | | | | | | |
| Alvarez & Marsal North America, LLC | 12/23/2013 [Docket No. 886] | $4,622,502.00 | $3,698,001.60 | $0.00 | $3,698,001.60 | $249,687.83 | $249,687.83 |
| Donlin Recano & Company, Inc. | 12/20/2013 [Docket No. 875] | $15,346.00 | $12,276.80 | $0.00 | $12,276.80 | $242.68 | $242.68 |
| Kirkland & Ellis LLP | 12/23/2013 [Docket No. 884] | $7,377,948.50 | $5,902,358.80 | $0.00 | $5,902,358.80 | $322,364.93 | $322,364.93 |
| Lazard Frères & Co., LLC | 12/23/2013 [Docket No. 882] | $600,000.00 | $480,000.00 | $0.00 | $480,000.00 | $27,235.55 | $27,235.55 |
| Ocean Tomo LLC | 12/23/2013 [Docket No. 877] | $784,510.00 | $627,608.00 | $0.00 | $627,608.00 | $43,696.31 | $43,696.31 |
| PricewaterhouseCoopers LLC | 12/23/2013 [Docket No. 885] | $372,433.70 | $297,946.96 | $0.00 | $297,946.96 | $31,447.64 | $31,447.64 |
| Willkie Farr & Gallagher | 12/20/2013 [Docket No. 867] | $991,893.00 | $793,514.40 | $0.00 | $793,514.40 | $23,229.75 | $23,229.75 |
| **Official Committee of Unsecured Creditors' Professionals** | | | | | | | |

1 The applications filed by Moelis & Company, Edward H. Stanford, and IMS Expert Services requested allowance of interim compensation and reimbursement of expenses for the period July 2, 2013 through November 30, 2013.

2 For the avoidance of doubt, none of the amounts held back pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Committee Member* [Docket No. 285] (the "***Interim Compensation Order***") will be paid without further order of the Court. The "Fees To be Allowed and Paid for the Current Fee Period" consist of 80% of the Interim Fees Requested on the Applications.

3 The "Expenses to be Paid for Current Fee Period" include amounts that were specifically objected to by the U.S. Trustee but that the Professionals already received payment on account of pursuant to the Interim Compensation Order. For the avoidance of doubt, only expenses that were not objected to by the U.S. Trustee are allowed pursuant to this Order. To the extent that the objection of the U.S. Trustee is sustained at a subsequent hearing, all of the Professionals agree to disgorge such expenses or credit such expenses to future payment of fees and expenses that are awarded by this Court.

DATE ON WHICH ORDER WAS SIGNED: 2/3/2014 INITIALS: /s/ USBJ

| (1) Applicant | (2) Date/Document No. of Application | (3) Interim Fees Requested on Application | (5) Fees Allowed and Paid for Current Fee Period[2] | (6) Fees to Be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be paid | (8) Interim Expenses Requested | (9) Expenses to be paid for current fee period[3] |
|---|---|---|---|---|---|---|---|
| Arent Fox LLP | 12/27/2013 [Docket No. 902] | $6,387,125.50 | $5,109,700.40 | $0.00 | $5,109,700.40 | $73,057.66[4] | $61,584.66 |
| CRA International, Inc. d/b/a Charles River Associates | 12/27/2013 [Docket No. 903] | $135,783.50 | $108,626.80 | $0.00 | $108,626.80 | $2,307.53 | $1,119.93 |
| Edward H. Stanford | 12/27/2013 [Docket No. 904] | $7,310.00 | $5,848.00 | $0.00 | $5,848.00 | $0.00 | $0.00 |
| FTI Consulting, Inc. | 12/27/2013 [Docket No. 905] | $2,344,292.50 | $1,875,434.00 | $0.00 | $1,875,434.00 | $7,976.10 | $7,976.10 |
| IMS Expert Services | 12/27/2013 [Docket No. 906] | $29,617.00 | $23,693.60 | $0.00 | $23,693.60 | $2,248.57 | $2,165.47 |
| Moelis & Company LLC | 12/27/2013 [Docket No. 907] | $682,258.00 | $545,806.40 | $0.00 | $545,806.40 | $36,005.84 | $20,948.66 |

4 Application also requested $7,410.16 for reimbursement of Committee member expenses.

**Schedule B**

## SUMMARY: ALL FEE PERIODS (INCLUDING THIS FEE PERIOD)

| (1) APPLICANT | (2) TOTAL FEES REQUESTED | (3) TOTAL FEES AWARDED[1] | (4) TOTAL EXPENSES REQUESTED | (5) TOTAL EXPENSES AWARDED[2] |
|---|---|---|---|---|
| **Debtor Professionals** | | | | |
| Alvarez & Marsal North America, LLC | $4,622,502.00 | $3,698,001.60 | $249,687.83 | $128,505.99 |
| Donlin Recano & Company, Inc. | $15,346.00 | $12,276.80 | $242.68 | $242.68 |
| Kirkland & Ellis LLP | $7,377,948.50 | $5,902,358.80 | $322,364.93 | $260,122.57 |
| Lazard Frères & Co., LLC | $600,000.00 | $480,000.00 | $27,235.55 | $26,765.00 |
| Ocean Tomo LLC | $784,510.00 | $627,608.00 | $43,696.31 | $0.00 |
| PricewaterhouseCoopers LLC | $372,433.70 | $297,946.96 | $31,447.64 | $31,447.64 |
| Willkie Farr & Gallagher | $991,893.00 | $793,514.40 | $23,229.75 | $23,208.78 |
| **Official Committee of Unsecured Creditors Professionals** | | | | |
| Arent Fox LLP | $6,387,125.50 | $5,109,700.40 | $73,057.66 | $61,584.66 |
| CRA International, Inc. d/b/a Charles River Associates | $135,783.50 | $108,626.80 | $2,307.53 | $1,119.93 |
| Edward H. Stanford | $7,310.00 | $5,848.00 | $0.00 | $0.00 |
| FTI Consulting, Inc. | $2,344,292.50 | $1,875,434.00 | $7,976.10 | $7,976.10 |
| IMS Expert Services | $29.617.00 | $23,693.60 | $2,248.57 | $2,165.47 |
| Moelis & Company LLC | $682,258.00 | $545,806.40 | $36,005.84 | $20,948.66 |

1 For the avoidance of doubt, the Professionals reserve all rights and arguments, including the right to file a reply in advance of a subsequent fee hearing, related to the U.S. Trustee's objection to the Applications [Docket No. 995].

2 For the avoidance of doubt, the Expenses Awarded represent the interim expenses requested on the Applications less any expenses specifically objected to by the U.S. Trustee. The Professionals reserve all rights and arguments, including the right to file a reply in advance of a subsequent fee hearing, related to the U.S. Trustee's objection to the Applications [Docket No. 995].

DATE ON WHICH ORDER WAS SIGNED: 2/3/2014

INITIALS: /s/ USBJ